UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
)
vs. )
) Mag. No. 1:13-MJ-284
ROMEO PEREZ SIMON )

MEMORANDUM AND ORDER

In accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), the preliminary hearing was held in this action on October 10, 2013. Those present at the hearing included:

(1) An Assistant United States Attorney for the Government.
(2) The Defendant.
(3) Attorney Anthony Martinez for defendant.

Upon being sworn, the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

The defendant acknowledged he had received a copy of the Criminal Complaint. It was determined defendant was able to understand these proceedings.

The AUSA moved the court for an order detaining the defendant. The defendant waived his detention hearing.

Preliminary Hearing - Proof

The AUSA called ICE Agent Rick Thornburgh as a witness. He testified to the facts outlined in the affidavit attached to the criminal complaint.

Findings

Having heard and considered the testimony of Agent Thornburgh during the preliminary hearing and the sworn Affidavit/Complaint, the undersigned finds:

(1) There is probable cause to believe that there has been a violation of 8 U.S.C. § 1326(a) and (b), re-entering the United States without the prior express consent of the Secretary of Homeland Security, having been previously deported and removed from the United States subsequent to an aggravated felony, committed in the Eastern District of Tennessee.

  (2) There is probable cause to believe the defendant committed the aforesaid offenses.

Conclusions

It is therefore ORDERED:

(1) The defendant is held to answer the charges against him in the District Court.

(2) The defendant's next appearance shall be before a U.S. Magistrate Judge at **10:00 a.m. on Thursday, October 24, 2013.**

ENTER.

                S/*William B. Mitchell Carter*
                UNITED STATES MAGISTRATE JUDGE

2

Case 1:13-cr-00119-CLC-WBC   Document 7   Filed 10/16/13   Page 2 of 2   PageID #: 9